# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Catalina Clara

                           Plaintiff,

v.                                                    Case No.: 1:15–cv–09192
                                                             Honorable John W. Darrah

Key Club III, Inc., et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 21, 2016:

      MINUTE entry before the Honorable John W. Darrah: A stipulation of dismissal having been filed, this case is hereby closed. This case is hereby dismissed without prejudice and without an award of costs or attorneys' fees to any party. On December 1, 2016, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall convert automatically with prejudice. Civil case terminated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.